**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| KEITH E. SONDERLING,<br>Acting Secretary of Labor,<br>United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>SUPERIOR MANOR OF FESTUS LLC dba<br>SUPERIOR MANOR OF FESTUS;<br>SARA MOSLEY aka SARA WINBUSH,<br>individually; and BETRINA L. GAITHER aka<br>HOLLY NEFF, individually,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 4:26-cv-982

## EXHIBIT A TO COMPLAINT

1. Jasmine Allen
2. Shameka Anderson
3. Alexis Armstead
4. Edna Batey
5. Gracie Bingham
6. Haleigh Blecker
7. Ebony Bowers
8. Rebecca Bowyer
9. Brett Boyer
10. Taylor Bradford
11. Kimberly Brame
12. Heidi Brewer
13. William Brewster
14. Brandie Brown
15. Brittney Brown
16. Christopher Cain
17. Scot Cain
18. Michelle Calcaterra
19. Jerry Cavins
20. Liz Chatfield
21. Christa Clark
22. Jamie Cozart
23. RaShawn Cummings
24. Dawn Currington
25. Michelle Davis
26. Virginia Dean
27. Casey Denney
28. Melody Deyoe
29. Lisa Dill
30. Curtis Donaby
31. Brittany Doza
32. Russell Dunn
33. Bryon Farmer
34. Jessica Fird
35. Connie Flenoy
36. Christopher Ford
37. Marc Forester
38. Madison Gail
39. Eboni Gaither
40. Wendy Galletano
41. Amanda Garner
42. Tabitha Gibson
43. Barbara Gravett
44. Michelle Griffin
45. Cameron Hagelstein
46. Chelsea Hancock
47. Ashley Henderson
48. Jayme Hindman
49. Marshean Hinkle
50. Amanda Huskey
51. Mellissa Hutchenson
52. Terri Johnston
53. Melasia Jones
54. Mary Kay Joyce
55. Bliss Kinder
56. Shamell King
57. Kevin Leutzinger
58. Tracy Lilies
59. Jennifer Maley
60. Kayla McDaniel
61. Tiffany McDaniel
62. Madison McGee
63. Casey Melton
64. Keagan Mercer
65. Joseph Mopkins
66. Sarah Musick

EXHIBIT A

**Exhibit A, Continued:**

67.  Favour Nwani
68. Yuna Patterson
69. Michelle Plumb
70. Virginia Porter
71. Shannell Rankin
72. Melissa Reed
73. Rebecca Rivers
74. James Schneader
75. Tiffany Schneider
76. Heather Scott
77. Kaitlyn Seastrand
78. Krissy Shepherd
79. Johnnie Singlton
80. Cassandra Solomon
81. Danielle Stamm
82. Brandon Steastrand
83. Jessica Stewart
84. Natalie Stewart
85. Roseanne Stewart
86. Trinity Stewart
87. Debbie Stokes
88. Anna Stotts
89. Natasha Tennyson
90. Gail Thomas
91. Kimberly Thomas
92. Madison Tinker
93. Thane Town
94. Khalil Underwood
95. Briana Valle
96. Alex Vaugn
97. Sherry Voss
98. Sarah Wade
99. Melody Walrath
100. Nicki White
101. Marvin Wilson
102. Katherine Wittu
103. Jessica Wolford
104. Sarah Zupnik